IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROLYN BROOKS                  *
                                *
v.                              *
                                *   Civil Action No. WMN-10-2589
ASSET ACCEPTANCE LLC et al.     *
                                *
                                *
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**SETTLEMENT ORDER**
(**LOCAL RULE 111**)

Having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any, IT IS this 19th day of January, 2011, by the United States District Court for the District of Maryland, ORDERED:

1) That this action is hereby dismissed with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties.  The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated.  If no such motion is filed within 60 days, the dismissal of this action is with prejudice; and

2) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

```
                    _____/s/_____
                    William M. Nickerson
                    Senior United States District Judge
```